UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-90 |
| JASON DOYLE | SECTION "R" (1) |

# **ORDER AND REASONS**

Defendant Jason Doyle moves for a judicial recommendation that he be placed in a halfway house or in home confinement.[1] For the following reasons, the Court grants the motion.

Under the Second Chance Act, the Bureau of Prisons may place an inmate in a community correctional facility or home confinement during the final months of his term of imprisonment. 18 U.S.C. § 3624(c). The Bureau of Prisons has broad administrative authority to determine the terms of Doyle's pre-release custody. 18 U.S.C. §§ 3621, 3624. While a request for placement in a halfway house or home confinement is "properly directed to the Bureau of Prisons," *United States v. Sneed*, 63 F.3d 381, 389 n.6 (5th Cir. 1995), a sentencing court may recommend such placement. *See United States v. Washington*, No. 00-256, 2004 WL 764184, at *2 (E.D. La. Apr. 6, 2004) (recommending to the Bureau of Prisons that defendant receive home

---

[1] R. Doc. 46.

confinement instead of placement in a halfway house); *see also* 18 U.S.C. § 3621(b)(4) (providing that the Bureau of Prisons may consider the recommendation of the sentencing court in placing an inmate). Any such recommendation is not binding on the Bureau of Prisons, and is not intended to displace the Bureau's independent judgment.

Doyle's term of imprisonment will end on October 2, 2018, and his projected date of release with good time credit is June 7. Doyle indicates that he has had no disciplinary issues while incarcerated. Additionally, Doyle states that he has worked in prison as an orderly on a fulltime basis, completed an associate degree in theology, and completed over 100 hours of reentry and prison programming. Moreover, Doyle has a family and children in New Orleans awaiting his release. Given defendant's personal and family circumstances and his efforts to rehabilitate himself, the Court GRANTS defendant's motion. The Court recommends to the Bureau of Prisons that defendant be placed in a halfway house or home confinement during the final months of his term of imprisonment.

New Orleans, Louisiana, this __5th__ day of February, 2018.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE